UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN WILLIAMS,<br><br>        Plaintiff,<br><br>  -against-<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>        Defendant. | Civil Action No.:  CV14-4635 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 50.1(c), Convergent Outsourcing, Inc. ("Convergent") hereby states as follows:

  1. There are no publicly held companies that own ten percent or more of the stock of Convergent Outsourcing, Inc.

  2. Account Control Technology Holdings, Inc. and Convergent Resources, Inc. are privately held parent companies of Convergent Outsourcing, Inc.

              Respectfully submitted,

Dated:  September 2, 2014      GORDON & REES LLP


              By: /s/ Ronald A. Giller
                 Ronald A. Giller
                 90 Broad Street, 23rd Floor
                 New York, NY 10004
                 Telephone:  (212) 269-5500
                 Telefax:  (212) 269-5505
                 E-mail:  rgiller@gordonrees.com
                 Attorneys for Defendant